# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. :  22-mj-189 |
| | ) | |
| KALEB DILLARD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY RANDY A. DEMPSEY *PRO HAC VICE*

This Court, having considered the Motion to Admit *Pro Hac Vice* Randy A. Dempsey as Counsel for Defendant, as well as good cause having been shown, it is hereby

ORDERED that the Motion for *Pro Hac Vice* Admission is GRANTED; and it is further

ORDERED that Randy A. Dempsey shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Randy A. Dempsey is permitted to execute all pleadings in this case without the necessity of Attorney William Bloom being required to also execute all pleadings in this case.

SO ORDERED.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge