# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-mj-189 |
| | : | |
| **KALEB DILLARD,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the Unopposed Motion To Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on December 1, 2022, be continued for good cause to February 2, 2023 at 1:00 p.m.; and it is further

ORDERED that the time between December 1, 2022 and February 2, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to discuss a potential pretrial resolution, and additional time to review discovery.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge