UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA :<br><br>v. :  Case No. 22-mj-189<br><br>KALEB DILLARD, :<br><br>Defendant. : | |

**ORDER**

Based upon the representations in the Joint Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, hereby incorporated, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on February 2, 2023, be continued for good cause to April 4, 2023, at 1:00 p.m.; and it is further

ORDERED that the time between February 2, 2023, and April 4, 2023, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial for the reasons stated in the Motion and based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv), as a continuance will provide the parties additional necessary time to review discovery, including individualized discovery

related to defendant's case as well as global discovery related to the January 6, 2021 riot at the U.S. Capitol, additional time to discuss a potential pretrial resolution, and additional reasonable time necessary to prepare for trial, taking into account the exercise of due diligence.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge